# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHN R. CARUSO,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                                  1:10cv285

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/30/2011 Order of Remand.

                                                  Signed: November 30, 2011

                                                  Frank G. Johns, Clerk
                                                  United States District Court