# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHN R. CARUSO,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              1:10cv285

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/30/2011 Order of Remand.

                                             Signed: November 30, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court